IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-00185-MSK-MJW

KATHRYN LUNDY-SANDERS,

       Plaintiff,

v.

CONSOLIDATED FREIGHTWAYS, a Delaware corporation,

       Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the Plaintiff's Unopposed Motion to Dismiss Defendant Consolidated Freightways With Prejudice **(#46)** filed March 13, 2009.  The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**.  All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

DATED this 16th day of March, 2009.

                        **BY THE COURT:**

                        _____

                        Marcia S. Krieger
                        United States District Judge